UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CORRINA TRAN,

    Plaintiff,

  v.

SAPIEN, et al.,

    Defendants.

No. 2:22-cv-02078-KJM-EFB (PS)

ORDER

Plaintiff is proceeding without counsel in a civil action. In addition to filing a complaint, she has filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF No. 2. Plaintiff has not, however, filed her application for leave to proceed in forma pauperis on the form used by this district.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis; and

3. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis. Plaintiff's failure to comply with this order may result in dismissal of this action.

Dated: February 15, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE