1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CORRINA TRAN,

        Plaintiff,

   v.

SAPIEN, et al.,

        Defendants.

No.  2:22-cv-02078-KJM-EFB (PS)

FINDINGS AND RECOMMENDATIONS

Plaintiff is proceeding pro se in this civil action.  On February 16, 2023, the court found that she had failed to file her application for leave to proceed in forma pauperis on the form used by this district.  ECF No. 4.  Accordingly, the court directed plaintiff to submit a new application within thirty days.  *Id.*   The court also warned plaintiff that failure to do so would result in this action being dismissed.  *Id.*  The time for acting has now passed and plaintiff has not paid the filing fee, submitted a proper application for leave to proceed in forma pauperis, or otherwise responded to the court's order.

Accordingly, it is hereby RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written

1

objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 23, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2